## People of the State of Illinois, Plaintiff-Appellee, v. Jerome Martin Place, Defendant-Appellant.

Gen. No. 51,524.

First District, Third Division.

June 22, 1967.

Will Gierach and William R. Dunn, of Oak Lawn, for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Edward J. Downs, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE DEMPSEY. Not to be published in full.